**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JAMES B. LOYD, INDIVIDUALLY** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 3:25-cv-343-GHD-JMV**

**CARRINGTON MORTGAGE SERVICES,**
**LLC, ET AL.** **DEFENDANTS**

**ORDER FINDING AS MOOT PLAINTIFF'S**
**MOTION FOR ISSUANCE OF ALIAS SUMMONS**

This matter is before the Court on *pro se* Plaintiff James B. Loyd's Motion for Issuance of Alias Summons [Doc. 39]. In it, Plaintiff requested the issuance of two Summons as to the registered agent of each Defendant. The docket reflects that after Plaintiff filed the instant motion, the Clerk issued these same Summons to Plaintiff over the counter. [Doc. 47]. Accordingly, the undersigned hereby **FINDS AS MOOT** Plaintiff's Motion for Issuance of Alias Summons [Doc. 39].

**SO ORDERED**, this, the 26th day of October, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**